UNITED STATES DISTRICT COURT

Southern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ELIZABETH RUBIO,<br><br>　　　　Defendant(s). | Case No.: 07 CR 1651 WQH<br><br>ORDER |

**ORDER**

**GOOD CAUSE APPEARING** it is hereby ordered that the $500.00 cash deposit for the material witness bond on behalf of the material witness **JOEL JASO VILLEGAS** be returned to the surety listed in the bonding documents, to wit: Casimiro Orozco Herrera, 1079 N. Hermosa Street, Banning, CA 92220.

**FURTHER, IT IS HEREBY ORDERED** the status hearing set for July 31, 2007 is vacated.

**Dated:** July 24, 2007

　　　　　　　　　　　　　　　　　　　　The Honorable Ruben B. Brooks
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

07 CR 1651 WQH
1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25